PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

U.S.A. vs. John Lindsey    Docket No. [0542 1:21CR00043]-[002]

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Matthew Gosser, pretrial services/probation officer, presenting an official report upon the conduct of defendant John Lindsey,

who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Austin, Texas on the 9th date of July, 2021 under the following conditions:

> See Order Setting Conditions of Release dated July 9, 2021, Bond Violation No Action dated September 30, 2021, and Petition For Action dated February 17, 2022.
>
> Condition #7(m): not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On September 22nd, 2022, the defendant submitted a positive urinalysis test revealing the presence of amphetamines. The defendant denied the use of illicit substances. Subsequent confirmation of this specimen returned positive results for the presence of methamphetamine. The defendant has been made aware of the positive confirmation and continues to deny use.
>
> On October 12th 2022, Pretrial Services communicated with San Antonio Lifetime Recovery, Inc. who reported the defendant is being placed on a Zero Tolerance contract due to the positive test result.
>
> The defendant is scheduled to appear for sentencing on November 22, 2022, before the Honorable Judge Lee Yeakel, U.S. District Court Judge.
>
> Assistant U.S. Attorney Matt Harding has been apprised of this matter and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER a summons requiring the defendant be brought before this Court to show cause as to why this bond should not be revoked.

PS 8
(Rev. 12/04)

Page 2

John Lindsey
Case #1:21CR00043-002

ORDER OF COURT

Considered and ordered this ___19th___ day of ___October___, ___2022___ and ordered filed and made a part of the records in the above case.

Honorable Susan -Hightower
_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/17/2022

_____
U.S. Pretrial Services/Probation Officer

Place   U.S. Pretrial Services
        501 W. 5th Street, Suite 3200
        Austin, Texas 78701